# EXHIBIT B

# DECLARATION OF ANDREW LYE

I, Andrew Lye, declare as follows:

1. I am over the age of 18 and am competent to make this declaration. I could and would testify to the following facts, which are within my personal knowledge and based on my review of relevant documents, if called as a witness to do so.

2. I started working at Resolution Copper Mining in February 2016. As of February 2021, I am the Acting Managing Director for Rio Tinto's Managed Copper Assets. A key part of my role includes advancing the Resolution federal permitting process. Previously, I held the position of Project Director at Resolution, where I led a diverse team with responsibility for safely rehabilitating previous mining activities, safely operating and maintaining the existing site infrastructure, and delivering a business case that provides optionality for development. As Project Director, I also focused on Resolution's federal permitting process and de-risking the overall project.

3. Before joining Resolution, I spent approximately 15 years managing operations and projects at several Rio Tinto businesses around the world. From 1995 through 2000, I worked for North Limited as a geologist. From 1992-1995, I also worked as a geologist—first for Aztec Mining and then for Zapopan NL.

4. I hold a Bachelor of Science degree from Macquarie University in Geology and Geomorphology, which I completed in 1991. I have approximately 30 years of experience in geology and project management.

5. I have reviewed the Complaint filed by Apache Stronghold in the US District Court, as well as the Emergency Motion for an Injunction Pending Appeal filed with the Ninth Circuit.

6. The claims in the Complaint directly concern Resolution's development of an underground copper mine on private land and unpatented mining claims on National

DocuSign Envelope ID: B61E119C-2532-4BDF-8A60-7CFBF57A77EC

Forest System lands near Superior, Arizona. As the former Project Director of Resolution, and as the Acting Manager Director of Rio Tinto Copper Assets, I am responsible for managing Resolution's activities relating to the project, and I have personal knowledge regarding those activities and the project.

7. To date, project partners (Rio Tinto and BHP) have spent over $2 billion to progress the Resolution Copper project, including the remediation of the historic Magma Mine tailings impoundments, rehabilitation of underground mine workings, exploration, development of new underground infrastructure, shaft sinking, and permitting.

8. Completion of the final environmental impact study does not mean that Resolution Copper will immediately become an operational mine. Apart from the environmental studies, development of any mine must await additional feasibility study work and detailed study of the geologic characteristics and mineralization of the orebody.

9. The information learned about the geologic characteristics and mineralization in the Oak Flat Mineral Withdrawal Area is critical information that will inform the planning and design of the future mine and ultimately, the future investment decision by Rio Tinto and BHP. Until the knowledge of the Resolution Copper orebody is more fully developed, Resolution cannot proceed to operations.

10. Additionally, the Resolution mine will require underground infrastructure, much of which does not yet exist and cannot be developed until the orebody is better understood. This infrastructure includes vertical shafts, drifts (commonly known as tunnels), electrical installations, mechanical ventilation, and other workings.

11. Until the underground infrastructure is complete, Resolution Copper will not be an operational mine. Completion of this infrastructure is several years away, perhaps longer. The exchange of title between Resolution Copper and the United States will not result in any immediate subsidence at Oak Flat. The final environmental impact study

estimated that subsidence beneath Oak Flat would occur no sooner than approximately six years after the land exchange, and I believe that to be an accurate estimate.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This Declaration was executed on February 26, 2021.

*Andrew Lye*
_____
Andrew Lye