**EXHIBIT C**

**DECLARATION OF VICTORIA PEACEY**

DocuSign Envelope ID: CD56E957-EE99-4555-B625-F6A26420E44E

I, Victoria Peacey, declare as follows:

1.    I am over the age of 18 and am competent to make this declaration. I could and would testify to the following facts, which are within my personal knowledge and based on my review of relevant documents, if called as a witness to do so.

2.    I joined Resolution Copper Mining LLC ("Resolution") in September 2010. I am the Senior Business Partner - Community and Social Performance ("CSP"), Copper – America and Joint Ventures. In this role, I lead the CSP teams at various Rio Tinto operations, including at Resolution, while also continuing to lead the federal permitting activities at Resolution. Previously, I was the Senior Manager of Permitting and Approvals for Resolution. In that position, I managed the permitting processes at the federal, state, and local levels for Resolution.

3.    Before joining Resolution, I spent approximately ten years managing environmental affairs and permitting at several Rio Tinto facilities, including America's only primary nickel mine and one of the world's largest open-pit copper mines.

4.    From March 2008 to September 2010, I served as manager of environmental affairs and permitting for the Rio Tinto project at the Eagle Mine, located in Michigan's Upper Peninsula. The Eagle Mine is an underground, high-grade nickel and copper mine that required significant investment in the mine and related facilities. It is the only primary nickel mine located in the United States. In 2007, the Eagle Mine was the first mine permitted by the State of Michigan under its Non-Ferrous Metallic Mining Law. In 2013, the mine was sold by Rio Tinto to Lundin Mining. The mine began production in September 2014.

5.    From 2002 until 2008, I worked on environmental compliance and permitting issues at the Kennecott Bingham Canyon copper mine, located about 25 miles south of Salt Lake City, Utah. Bingham Canyon is one of the world's largest sources of copper. Rio Tinto acquired the mine in 1989, more than 100 years after the mine was established. Rio Tinto has invested significant sums of money in environmental upgrades and reclamation.

During 2006-2008, I helped the facility obtain necessary permits and approvals for an expansion, supervised the collection of environmental data, managed permit compliance, and assisted with reclamation of areas impacted by Rio Tinto's predecessors. I also worked on reclamation of the Barney's Canyon gold mine, which stopped operating in 2001 and is now recognized as elk and deer habitat.

6.    I hold two degrees from the University of Western Ontario: a Bachelor of Science degree in applied geosciences and a Master of Science degree in civil and environmental engineering.

**Resolution Copper: Overview of the Project**

7.    Resolution is a limited liability company owned by subsidiaries of the Rio Tinto Group and BHP.

8.    In 2004, Resolution acquired property and equipment associated with the historic Magma Copper Mine near Superior, Arizona, in an area that forms part of the Copper Triangle. Mining in the Superior area reportedly began in the late 1880s and the Magma Copper mine operated from 1911-1996, when operations were suspended.

9.    Resolution's work on the project began in 2005. At that time, Resolution started reclamation work at the former Magma West Plant. That work has lasted about 15 years and cost approximately $75 million. As a result of our reclamation efforts, an area impacted by mining operations has been restored and reclaimed per state regulatory requirements.

10.    The proposed Resolution mine would be underground rather than open-pit. Block cave mining has been used in Arizona for decades and would result in a smaller footprint than an open pit mine. The San Manuel and the inspiration complex were both block cave operations. Rio Tinto has successfully operated three block cave operations in Australia and South Africa, and this will be a modern, leading-edge operation utilizing the most sophisticated technology available.

11.    Once in operation, the Resolution Copper mine could supply up to one-

quarter of the nation's copper demand. Copper is an essential component in mobile devices, medical equipment and clean energy technologies, and demand is growing worldwide.

12.     After the mine is closed, Resolution Copper—not taxpayers—must cover all costs associated with closing the mine and all post-closure monitoring.

**Location of Resolution's Claims and Chi'chil Bildagoteel**

13.     Resolution holds approximately 185 unpatented mining claims in the vicinity of Oak Flat, Pinal County, Arizona (the "Claims"). The Claims are located on lands, the surface of which is administered by the Tonto National Forest. The Claims were located by Resolution or a predecessor in interest between 1903 and 2011. The Claims are adjacent to the Oak Flat Withdrawal Area ("Withdrawal Area"). The area around the Claims and the Withdrawal Area is commonly known as "Oak Flat" or "Oak Flats."

14.     In 2013, Resolution Copper submitted a proposed Mine Plan of Operations ("MPO") to the Tonto National Forest pursuant to 36 CFR Part 228 seeking authorization to conduct mining operations on the Claims. The Tonto National Forest declared the application complete in 2014, and initiated the necessary administrative and environmental review, which is still in process.

15.     In December 2014, Congress passed the Southeast Arizona Land Exchange and Conservation Act, 16 USC § 539p (the "Act"), as part of a lands package that was included in the National Defense Authorization Act. The Act provides that the Federal land, as defined by the Act, shall be exchanged for non-Federal lands held by Resolution Copper. Both the Withdrawal Area, as well as a portion of the Tonto National forest lands where Resolution Copper's Claims are located, constitute the Federal land for purposes of the Act. A graphic depicting the Claims relative to the boundaries of the Federal land is attached as Exhibit A.

16.     In December 2015, the US Forest Service submitted an application to have part of Oak Flat listed on the National Register of Historic Places as a traditional cultural property ("TCP") known as Chi'chil Bildagoteel.

17.     On March 4, 2016, the National Park Service announced that Chi'chil Bildagoteel was listed on the National Register of Historic Places as a TCP. A graphic depicting the Claims relative to the approximate boundaries of the Chi'chil Bildagoteel TCP is attached as Exhibit B.

**Apache Leap Special Management Area**

18.     In 2017, the Forest Service established the Apache Leap Special Management Area ("ALSMA"), as required by the Act.

19.     Pursuant to the Act, Resolution set aside 697 acres of mining claims and provided approximately 140 acres of privately-held land to permanently protect Apache Leap as part of the ALSMA. *See* 16 U.S.C. § 539p (f), (g). Specific measures were taken within the ALSMA to accommodate tribal concerns regarding public access, grazing, and other protections for locations of cultural importance.

20.     Including Apache Leap in this special management area will (A) preserve the natural character of Apache Leap; (B) allow for traditional uses of the area by Native American people; and (C) protect and conserve the cultural and archeological resources of the area.

21.     Apache Leap will be monitored to ensure that future mining-related activity does not impact the feature and this monitoring will continue throughout construction, operation, closure and reclamation of the mine.

**The Environmental Impact Statement Process**

22.     Because the federal permitting process for the MPO was already underway at the time that the land exchange became law, the legislation specifies that the US Forest Service must produce a single environmental impact statement as the basis for all decisions under federal law related to the proposed mine, the MPO and any related major federal actions. *See* 16 U.S.C. § 539p(c)(9)(b).

23.     While the Forest Service began its official independent review of the proposed project required under the National Environmental Policy Act ("NEPA"),

Resolution began deepening an existing shaft, sinking a new shaft, performing extensive ore body exploration drilling, and conducting reclamation of historical mining activity.

24.     In 2016, the Forest Service initiated public scoping with a notice of intent to prepare an Environmental Impact Statement ("EIS") for the Resolution Copper MPO and land exchange.

25.     In the project schedule, initially set by the USFS during the Obama Administration, the target date for Final EIS publication was July 2020.

26.     In August 2019, the Forest Service published a Draft EIS. After consideration of all the public comments, the Final EIS was published on January 15, 2021. Under the Act, exchange of title to the lands is to occur within 60 days of publication of the Final EIS.

27.     I understand that approximately 130,000 comments were received during public scoping and close to 30,000 public comments were received on the Draft EIS and subsequently reviewed and addressed through the NEPA process.

**The Final Environmental Impact Statement**

28.     Because this is a congressionally mandated land exchange, it differs in many respects from an administrative land exchange.

29.     Because the Act is a legislative land exchange, "the Tonto National Forest Supervisor has no decision authority due to the constraints imposed by PL 113-291 [the Act]."[1]

30.     As described in chapter 2 of the Final EIS, Alternative 6 – Skunk Camp was identified as the preferred alternative. This alternative is unique because the tailings storage facility would be located on private lands (after eventual acquisition of Arizona State Trust land). This means that, if the land exchange occurs, the mine, all processing facilities, and the tailings storage facility would be located off National Forest System lands.[2]

---

[1] Final EIS at 62. https://www.resolutionmineeis.us/documents/final-eis
[2] See *id*.

DocuSign Envelope ID: 6D56E957-EE99-4555-B625-FCA26420E44F

31.    The remaining portions of the project on National Forest System land would be roads, pipelines, and utilities, which are considered special uses and regulated under 36 CFR 251.50.

32.    Notably, the "ROD for this project does not include any decision related to the land exchange—it only includes decisions related to authorizing roads, pipelines and utilities located on Forest Service land. The land exchange itself was mandated by Congress and is not subject to the objection process, objection resolution process, or the ROD."[3]

**Resolution's Plans for Management of Oak Flat After the Exchange**

33.    After the land exchange, Resolution will ensure ongoing public access to the Oak Flat Campground, recreational trails and climbing.

34.    Resolution published a detailed management plan on its website, showing how it will continue to operate the campground in keeping with current Tonto National Forest practices. The plan was submitted to the Forest Service and they distributed to consulting Native American tribes for input.

35.    Input from community groups and Native American tribal representatives will continue to guide how the area is protected and managed, even after the land exchange.

36.    Resolution Copper intends to contract with 4 Winds, a local small business part-owned by members of the San Carlos Apache Tribe, to maintain the campground areas, infrastructure, and access to recreation.

37.    Consistent with Forest Management, Resolution will permit grazing to continue on the Devil's Canyon Grazing Allotment, as it has for the last 17 years.

38.    With respect to the Western Apaches annual fall harvesting of Emory oak acorns, Resolution Copper will continue to permit harvesting of the Emory oak groves by individuals, or commercially through an authorization, and will administer the

---

[3] *See* Final EIS at 19.

authorization process in a manner similar to the TNF.

39.     In coordination with the TNF Tribal Liaison, the tribes requested that a complete natural resources survey of the Oak Flat Parcel be conducted by the TNF Tribal Monitors using their Traditional Ecological Knowledge. Surveys were conducted between May and September 2020 and resulted in approximately 6,906 salvage locations within the Oak Flat Parcel, which includes: 6,871 plant salvage locations, 9 animal salvage locations (animal carcasses and remains), and 26 mineral salvage locations. Resolution Copper will continue to manage culturally significant natural resources on the Oak Flat Parcel by removing any cultural resources using the salvage operations set forth in the FEIS.

40.     Cultural resources on the Oak Flat Parcel will be managed as provided in the approved Historic Preservation Treatment Plan (HPTP), the Archaeological Resources Protection Act (ARPA) permit issued by the USFS, the Native American Graves Protection and Repatriation Act (NAGPRA) Plan of Action and/or Arizona State Museum-issued Burial Agreement, and the curation agreement with the Gila River Indian Community (GRIC) Huhugam Heritage Center, and the associated Resolution Copper Cultural Heritage Management Plan.

41.     Any Euromerican and Non-Apache Native American historic properties identified on the parcel will undergo full data recovery per the approved HPTP. Data recovery includes the collection of surface artifacts, excavation and sampling of cultural features, archival research, and identification and respectful excavation of artifacts and or burials if present. All of the resources collected will be curated at the GRIC curation facility.

42.     As requested by the Apache Tribes, Apache historic properties will only involve surface recovery and repatriation to the GRIC curation facility. No excavation will occur on these sites.

43.     Resolution Copper will continue to permit climbing and bouldering on the Oak Flat Parcel. The Oak Flat Parcel and a number of climbing areas outside the Parcel

DocuSign Envelope ID: CD56E957-EE99-4555-B625-F5A02B420E44E

on TNF, State Trust and other land owned by Resolution Copper, contains several climbing and bouldering resources, in what is collectively known as the Queen Creek Climbing Area. This area extends from Queen Creek Canyon, south along Apache Leap and east across the Property to Devils Canyon. A portion of this climbing area falls within the Oak Flat Parcel. Resolution Copper has an agreement in place with a local climber organization, Queen Creek Coalition, to manage climbing on Resolution Copper owned property.

44.    The Oak Flat Parcel is frequently utilized by off-highway vehicles (OHV), and will continue to be used for such after Resolution takes ownership. Existing approved roads for OHV users include FRs 315, 469, 2432, 2435, 2438, 2439 and 3153.

45.    The Oak Flat Parcel is within Arizona Game and Fish Department's Game Management Unit 24A. To ensure the safety of Resolution Copper employees and all members of the public using the property, as well as to prevent potential wildfires, hunting and shooting will be banned on the property. However, hunters will be allowed to travel through the property to get to other hunting areas off the property.

46.    Resolution will provide access to the surface of the Oak Flat Campground to members of the public and Tribes, to the maximum extent practicable and consistent with health and safety requirements, until the operation of the mine precludes public access for safety reasons. Resolution has developed an Oak Flat Campground Management Plan consistent with the current Forest Service management of the campground, and will also incorporate additional measures to accommodate requests to periodically close the campground to the public for traditional and ceremonial purposes.

47.    Further permitting will be progressed with other authorities and a detailed feasibility study completed over several years to inform investment considerations on the project. When an investment decision is made, Resolution Copper is expected to take around 10 years to build infrastructure to prepare for mining.

48.    If we proceed with developing the project, the Oak Flat Campground will remain open for as long as it is safe, which is expected to be at least for the next few decades.

49.    Resolution Copper does not expect to see subsidence at the site for at least ten years.

**Resolution's Conservation Lands**

50.    Resolution's parcels to be conveyed to the US Forest Service and BLM include high-priority conservation lands that will be added to National Forests in Arizona, as well as lands that will be added to the San Pedro Riparian and Las Cienegas national conservation areas, managed by the Bureau of Land Management.[4]

51.    The conservation value of the lands being conveyed to the United States has been analyzed during the NEPA process. Each parcel was evaluated by Westland Resources for evidence of special species, habitats, or cultural or historical significance. Westland's reports were in turn included in the EIS administrative record.

52.    The Conservation Lands provide a range of benefits, as follows:

53.    *Apache Leap South End Parcel.* This land includes cultural, recreational, and scenic resources that are important to Superior, Native American tribes, and the general public. It is located above and below Apache Leap, an area of sheer cliff faces, hoodoos, and buttresses that frames the town of Superior and provides opportunities for hiking, rock climbing, and nature viewing. Additionally, numerous cultural resource inventories have identified sites representing Prehistoric, Protohistoric, and Historic Native American occupations and activities spanning several thousand years in the area within the parcel and the surrounding Apache Leap Special Management Area. This land has already undergone a separate NEPA process, which resulted in a final Environmental Assessment in August

---

[4] Resolution's conservation lands are described in the FEIS. ES-8 of the FEIS and page 13 provide thumbnail descriptions and detail the acreage. More detailed descriptions are provided on pages 51-53 of the FEIS.

2017 and a final Decision Notice in December 2017. The Apache Leap Special Management plan excludes future grazing leases and limits construction and motorized vehicles in order to protect the area. Apache Leap South End Parcels are surrounded by NFS lands and would become part of the Apache Leap Special Management Area, administered by the Tonto National Forest. Upon title exchange, Resolution will also surrender all mining claims and interests to the parcels.

54.    *Tangle Creek Parcel.* The Tangle Creek parcel is located in the heart of Bloody Basin, long known for its rugged, scenic terrain and abundant hiking, camping, and hunting opportunities. The parcel is adjacent to the Seven Springs Recreation Area, Cave Creek Campground and Trailhead, and the Civilian Conservation Corps Campground. It is bisected by Tangle Creek and features a variety of trees and shrubs, including netleaf hackberry, mesquite, ash, and sycamore trees, many of which are believed to be over 100 years old. The netleaf hackberry groves provide exceptional habitat for migratory and nesting songbirds. The Tangle Creek parcel also has both pre-historic and historic value: it is believed that the property was farmed by Native Americans and homesteaded by the Babbitt family in the 1890s. Two of the previously cultivated farm fields are reverting to open woodlands or thickets of hackberry, mesquite, and cat-claw acacia. Reestablishment of these native plants will increase wildlife connectivity within the Bloody Basin by transforming the area into a migratory corridor with ideal habitat for various bird and mammal species.

55.    *Turkey Creek Parcel.* The Turkey Creek parcel is an inholding within the Tonto National Forest about eight miles southeast of Pleasant Valley and is the site of a historic homestead dating back to the 1880s. Turkey Creek flows through the property and supports abundant and diverse wildlife, including elk, mule deer, bear, and three species of native fish. It also provides potential habitat for bald eagles and the Chiricahua leopard frog, a threatened species. Additionally, Turkey Creek is within the proposed critical habitat for the Mexican spotted owl; the parcel has two Protected Activity Centers for this

threatened species. Public acquisition of this parcel presents a significant opportunity to preserve alluvial surface (rare in the area) by reestablishing native cottonwood and sycamore trees. Preservation of historical resources from the homestead era, including the cabin site, hand-dug well, and fruit trees, is also a significant opportunity offered by the parcel.

56.    *Cave Creek Parcel.* Totally surrounded by the Tonto National Forest, the property includes the lush Cave Creek riparian corridor. Wildlife present in the area include Neotropical migratory songbirds, raptors, amphibians, javelinas, mule deer, and coyotes. The Cave Creek parcel is also home to numerous archaeological sites, including petroglyphs, structure ruins, and grinding sites. This land would help protect Cave Creek and its riparian area; protect the prehistoric ruins, petroglyphs, and agricultural sites scattered throughout the parcel; provide for the enhancement and expansion of the Forest Service's trail network and other recreational opportunities in the area; and help consolidate Tonto National Forest lands.

57.    *East Clear Creek Parcel.* East Clear Creek, which extends more than two miles through the property, contains riparian and aquatic ecosystems which have long been recognized for their scarcity and overall contribution to wildlife diversity in the Coconino National Forest. The land has also been featured in *Arizona Highways* magazine. In 1993, a preliminary analysis was conducted to document a 25-mile portion of East Clear Creek (including the parcel) as being eligible for a scenic designation under the Wild and Scenic Rivers Act. Acquisition of this parcel will help protect the Mogollon Rim area of the Coconino National Forest, which is known for its outstanding natural beauty and unique landscape. The parcel provides habitat for a variety of resident big game, such as Rocky Mountain elk, mule deer, turkey, black bear, and Coues white-tailed deer. It also supports a variety of smaller resident mammals, such as beavers, raccoons, and ringtails, as well as diverse amphibian, reptile, and bird species. East Clear Creek has become a notable fishery with sustained populations of both rainbow and brown trout. The upper ridges provide

habitat for a variety of big game and are home to native fish species occurring within the East Clear Creek system, including bluehead suckers, Little Colorado suckers, speckled dace, roundtail chub, and the Colorado spinedace. The segment of East Clear Creek flowing through the property is a designated critical habitat for these species. The property provides suitable habitat for other federally-threatened, endangered, proposed, and sensitive species, including the southwestern willow flycatcher, bald eagle, Mexican spotted owl, Chiricahua leopard frog, peregrine falcon, northern goshawk, northern leopard frog, Arizona southwestern toad, and the narrow-headed garter snake.

58.     *Lower San Pedro River Parcel.* The San Pedro River is unique, as it is one of only two major rivers that flow north out of Mexico into the United States and is one of the few remaining free-flowing rivers in the Southwest. These qualities of the San Pedro River ecosystem have earned it The Nature Conservancy's designation as one of the "Last Great Places on Earth." Deep in the bosque that forms part of this parcel (believed to be one of the largest remaining in the Southwest), a free-flowing artesian spring creates a rare wetland populated by lowland leopard frogs and nesting birds. This area has also been recognized by the Tucson Audubon Society and BirdLife International as an "Important Bird Area." It contains habitat for various threatened, endangered, proposed, and candidate species, including the cactus ferruginous pygmy owl, the southwestern willow flycatcher, the yellow-billed cuckoo, and the Gila topminnow. The San Pedro corridor is one of the most important riparian habitats in the Sonoran and Chihuahuan deserts, with more than 390 species of birds and a highly diversified mammal population. It also has a rich cultural history: a cultural resources inventory report performed by WestLand Resources in 2017 identified 59 archaeological sites within the parcel.

59.     *Appleton Ranch Parcel.* This property offers protection to land within the boundaries of the Appleton Whittell Research Ranch. The land acquired from the Appletons will eliminate non-federal lands that are intermingled with and adjacent to the Las Cienegas National Conservation Area established by Congress in December 2000. The

mission of the Research Ranch is to formulate, test, and demonstrate methods to restore and safeguard the bioregion, and to assist citizens and policy makers in the protection and stewardship of our native ecosystems, natural resources, and quality of life. In 1980, The National Audubon Society assumed management of the Research Ranch, which is now a cooperative partnership among the National Audubon Society, Forest Service, Bureau of Land Management, and the Research Ranch Foundation. The dozens of ongoing projects at the Ranch have a common goal of working toward preservation of the grassland ecosystems in the Southwest. More than 90 species of native grass and 480 native plant species create a biologically rich plant community. Over 200 species of birds use the Ranch for wintering, breeding, or as a migratory habitat and more than 60 species of mammals have been found on the Ranch, including pronghorn. The land is also suitable habitat for threatened, endangered, proposed, and sensitive species, including the Huachuca water umbel, Canelo Hills ladies' tresses, Gila chub, Gila topminnow, desert pupfish, Chiricahua leopard frog, Mexican spotted owl, bald eagle, western yellow-billed cuckoo, ocelot, jaguar, lesser long-nosed bat, Huachuca springsnail, northern Mexican gartersnake, and golden eagle.

60.    *Dripping Springs Parcel.* This land is situated in the Dripping Springs Mountains near Tam O'Shanter Peak in Gila County. It is almost completely surrounded by BLM-administered lands, with some adjacent ASLD-administered State Trust land. The Dripping Springs parcel includes rock formations with excellent climbing opportunities. National and local rock climbers also indicate that this is a significant rock-climbing resource.

**Protecting Arizona's Cultural Heritage: Some Highlights**

61.    As the lead agency overseeing the multi-year federal review of the project, the Forest Service has participated in hundreds of consultations with communities and

DocuSign Envelope ID: CD58E9F7-EE99-4655-B62F-FCA26420E44E

tribal nations since 2008.[5]

62.    Resolution conducted a multi-year ethnographic and ethnohistoric study in partnership with consulting tribes and the Forest Service to identify places, areas, artifacts, and natural features of importance.[6]

63.    Over the past 15 years more than 150 cultural baseline studies and reports, including a variety of tribal perspectives, have been conducted and prepared to inform consultation with Native American tribes.

64.    In 2018, Resolution funded a new Tribal Monitor program, hosted by the Forest Service. This innovative program ensures tribal members are a part of the informed decision-making process to identify areas, resources, and sites of importance. More than 30 members from seven Native American tribes have been trained and employed to work alongside archaeologists and biologists to gather baseline information and tribal perspectives within the footprint of the Resolution Copper Project. In June 2020, the Arizona Preservation Foundation and State Historic Preservation Office recognized the program at the Governor's Heritage Preservation Honor Awards. To date, Tribal Monitor crews have performed approximately 61,000 acres of pedestrian surveys.

65.    Apache elders have made it clear during consultation that Emory oaks are culturally significant trees that produce acorns that are traditionally harvested and used as a food source for the Western Apache. Grazing and other practices are preventing the new growth of younger trees. In recognition of the cultural importance of this species, the Forest Service, consulting Western Apache tribes, Northern Arizona University, and Resolution are partnering through a multi-year program to study, protect, and conserve Emory oak groves across Arizona.

---

[5] *See* Appendix S of the Final EIS, which lists the consultation records between the Tonto National Forest and the Tribes.
https://www.resolutionmineeis.us/sites/default/files/feis/resolution-final-eis-vol-6.pdf
[6] Hopkins, M.P., C. Colwell, T.J. Ferguson, and S.L. Hedquist. 2015. *Ethnographic and Ethnohistoric Study of the Superior Area, Arizona.* Prepared for Tonto National Forest and Resolution. Tucson, Arizona: Anthropological Research LLC.

DocuSign Envelope ID: CD58E9F7-EE99-4E55-B62F-FCA26420E44E

### Measures to Address Tribal Concerns

66.     The Act directs the Forest Service to "consult with Resolution and seek to find mutually acceptable measures to—(i) address the concerns of the affected Indian tribes; and (ii) minimize the adverse effects on the affected Indian tribes resulting from mining and related activities on the Federal land conveyed to Resolution under this section."[7]  16 USC § 539p (c)(3)(B).

67.     For over 11 years, Tribes have been consulted meaningfully and consistently on the proposed project. They have had considerable influence on various activities, including protecting traditional cultural properties; avoiding medicinal plants, springs, and ancestral sites for activities related to the project; completing a comprehensive ethnographic report; nominating the Oak Flat Traditional Cultural Property to the National Register of Historic Places; implementing a tribal monitoring program; and creating a program to protect and restore Emory oak groves. The compensatory funds described below were developed in response to the tribal consultation efforts.

68.     Mutually acceptable measures identified through consultation have already been initiated, implemented, or completed, including, but not limited to:

69.     *Funding and Completion of Ethnographic and Ethnohistory Study of the Superior Area.* In response to tribal requests, and working collaboratively with Tribes, Resolution funded, and the Forest Service managed, completion of an ethnographic and ethnohistoric study. Information from the study provided the basis for environmental and cultural analysis and the development of additional mitigation measures.

70.     *Implementation of a Tribal Monitor Program.* At the request of various

---

[7] The tribes with traditional territory claims to the general area in which the 2,422 acres known as the Oak Flat Federal Parcel are located—the Fort McDowell Yavapai Nation, the Gila River Indian Community, the Hopi Tribe, the Mescalero Apache Tribe, the Pueblo of Zuni, the Salt River Pima-Maricopa Indian Community, the San Carlos Apache Tribe, the Tonto Apache Tribe, the White Mountain Apache Tribe, the Yavapai-Apache Nation, and the Yavapai-Prescott Indian Tribe—are described as a Tribe or Tribes.

tribes, Resolution funded, and the Forest Service implemented, a Tribal Monitor Program, including both training and employment, to gather baseline cultural and natural resource information and tribal perspectives for use during environmental and cultural resource analysis and to support development of additional mitigation measures. To date, more than 50 tribal members have been trained, and 30 tribal members from seven Tribes employed, with approximately $1.8 million paid to tribal members in wages and benefits in 2018 and 2019.

71.    *Initiation of Emory Oak Collaborative Tribal Restoration Initiative.* In partnership with the Forest Service, Resolution has funded Northern Arizona University and Tribal Monitors to gather biological and cultural field data to define treatments that would form a multi-year restorative field work program. The identification of the Emory Oak groves and field work is directed by the Forest Service in consultation with tribal elders from the Yavapai Apache, White Mountain Apache, San Carlos Apache and Tonto Apache. Data gathering, analysis, and treatments have already begun.

- The program is intended to restore and protect Emory oak groves that are accessed by Apache communities for traditional subsistence gathering and ensure their sustainability for future generations.

- This Tribal Restoration Initiative is designed to partially address the adverse effects on the loss of the oak groves within the Chi'chil Bildagoteel Historic District, which is within the Oak Flat Federal Parcel.

72.    *Design features for the Resolution Copper Project.* In response to public and agency comments, as well as tribal consultation, components of the Resolution Copper Project have been modified or relocated as follows:

- The proposed tailings storage facility has been relocated from National Forest lands to Arizona State and private lands, avoiding disturbance of Forest resources, including seeps and springs identified by Tribes as having cultural importance.

16

DocuSign Envelope ID: CD58E9F7-EE99-4F55-B62F-FCA26420E44F

- The Oak Flat Access and Management Plan has been developed and adopted to ensure that current management continues and assuring Tribal access for traditional, cultural, and ceremonial purposes.
- Power and pipeline infrastructure has been routed to avoid physical impacts Devil's Canyon and Queen Creek. The proposed tailings conveyance pipeline and associated power lines have been located to avoid resources identified as culturally important during tribal consultation, including Devil's Canyon and Queen Creek.
- *Subsidence Monitoring and Management Plan.* The subsidence monitoring plan was developed to help avoid impacts to cultural resources, including Devil's Canyon and the Apache Leap Special Management Area, and will be used to manage continued access to Oak Flat and the Oak Flat Campground.
- *Monitoring and Mitigation Plan for Groundwater Dependent Ecosystems.* In response to expressed concerns over potential impacts to groundwater dependent ecosystems from Tribes and others, Resolution has developed and the Forest Service has approved a monitoring and mitigation plan which will mitigate potential impacts associated with the mining project.
- In collaboration with consulting Tribes, Resolution has agreed to salvage select natural resources with cultural significance from the footprint of the Land Exchange area, tailings pipeline corridor, and tailings storage facility.

73.    Further, in order to partially address effects on the Chi'chil Bildagoteel Historic District and other historic properties significant to Tribes, Resolution is committing $15 million, in installments at various project milestones, to fund three programs:

- *Tribal Monitor Program.* This program, discussed above, coordinates and administers the continued use of tribal monitors to work on NHPA Section 106 and 110 projects on public lands, including providing for the training of

monitors and payment of a tribal monitor salary for select public projects.

- *Emory Oak Collaborative Tribal Restoration Initiative.* This initiative will commence at the conclusion of the Emory Oak Collaborative Tribal Restoration Initiative funded by Resolution and will fund oak grove treatments, monitoring and research, cultural research or activities, and educational activities.

- *Tribal Youth Program.* This program will fund the development of a Tribal Youth Program in partnership with the Forest Service and consulting Tribes to provide cultural and educational opportunities to tribal youth.

74.    *Endowment for Tribal Cultural Heritage Fund.* In order to partially address the physical and visual effects on the Chi'chil Bildagoteel Historic District and other historic properties significant to Tribes, Resolution will deposit, in installments at various project milestones, a total of $20 million into an endowment fund from which the Tribes may receive direct financial support for activities that further the receiving Tribe's preservation, protection, recognition, or development of its culture or heritage. The concept of this fund was developed through government-to-government consultation and its purpose is to provide a fund from which Tribes could request financial support for activities that do not fit under the other tribal-related funding programs.

75.    *Tribal Education Fund.* To partially address effects on the Chi'chil Bildagoteel Historic District and other historic properties significant to Tribes, Resolution will deposit a total of $6.5 million, in installments at various project milestones, into an endowment fund to fund scholarships for tribal members pursuing two-year and four-year courses of post-secondary education at an accredited college, university, vocational school, or community college.

**Additional Mitigation Efforts Associated with the Land Exchange**

76.    *Oak Flat Historic Properties Treatment Plan ("HPTP").* The Forest Service has completed preparation of an archaeological HPTP for the Oak Flat Federal Parcel to

resolve adverse effects on historic properties eligible for the National Register of Historic Places.

77.    *General Plan of Operations Research Design and Treatment Plans.* The Forest Service has prepared an archaeological Research Design (GPO Research Design) in consultation with the State Historic Preservation Office, Tribes, and appropriate managing agencies to guide the development of treatment plans to address adverse effects on historic properties within the GPO project areas and the Section 404 permit compensatory mitigation parcels (i.e., West Plant Site, Magma Arizona Railroad Company ("MARRCO") corridor, tailings facility, etc.).

78.    *Copper Triangle Community Development Fund.* Resolution has agreed that at various project milestones it will place a total of $5 million into a designated fund that will focus on the built environment located within the visual/atmospheric/socioeconomic and cumulative effects of the Area of Potential Effects. The primary purpose of the fund is to address effects on historic properties and other community infrastructure within the communities of Superior, Miami, Globe, Kearny, Hayden, and Winkelman. The monies in the fund will financially support a revolving loan program. Applications for use of monies from the Community Development Fund will be reviewed by a committee consisting of representatives from the State Historic Preservation Office, the applicable administering organization, and the affected communities. Specific parameters for the Community Development Fund will be defined through consultation between Resolution Copper, applicable administering organization(s), and the State Historic Preservation Office and will be:

- available to municipalities, counties, non-profits, private citizens, and private organizations;
- prefer projects participating in other historic preservation incentive programs; and
- prefer projects agreeing to repay funds within 5 years of award, with

extensions possible.

79. *Archaeological Database Funds.* Resolution has agreed that it will deposit $2 million, in installments, into a restricted fund for use by the State of Arizona for the creation and/or enhancement and/or management of existing electronic archaeological databases.

80. *Castleberry Campground.* Resolution has agreed to establish an alternative campground site known as Castleberry to mitigate the loss of Oak Flat Campground. The new Castleberry Campground will be located on private property owned by Resolution near the town of Superior that contains numerous prehistoric and historic-era historic properties. All efforts will be made to avoid effects on these properties when developing the campground facilities. If effects on any of the identified historic properties from construction of the Castleberry Campground cannot be avoided, a Historic Properties Treatment Plan will be developed to address the effects and implemented prior to the campground being constructed. A plan will be developed in consultation with the Tribes to install interpretive signs at a few historic properties located near the Castleberry Campground.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This Declaration was executed on February 26, 2021.

*Vicky Peacey*
_____
Victoria Peacey

# Exhibit A

**Legend**

- Apache Leas Special Managment Area
- Oak Flat Withrawal Boundary
- Oak Flat LEX Boundary
- Resolution Holdings

**Resolution Claims**
- Unpatented
- Patented

**Surface Management (BLM 2012)**
- Private Land (No Color)
- State Trust Land
- US Forest Service (USFS)

N

**RESOLUTION**
C O P P E R

Resolution Copper Claims Within
the ALSMA and Oak Flat LEX Parcel

June 10, 2019
Prepared By: Mary Morissette

Exhibit A

| 0 | 2,000 | 4,000 |
|---|-------|-------|
Feet

| 0 | 500 | 1,000 |
|---|-----|-------|
Meters

# Exhibit B

**Legend**

TCP Boundary (approximate)

Oak Flat Withdrawal Boundary (approximate)

Resolution Copper Unpatented Claims

Resolution Copper Patented Claims

Resolution Holdings

Surface Management (BLM 2012)

Private Land (No Color)

State Trust Land

US Forest Service (USFS)

TCP Boundary and Oak Flat Withdrawal Boundary as depicted in an undated map titled "Map A" contained in the National Register of Historic Places Registration Form dated 2/26/2015 signed by David M. Johnson, Federal Preservation Officer, USDA Forest Service, Southwestern Region.

Pinal County, Arizona,
Superior and Teapot Mountain
USGS 7.5' Quadrangles

0    1,000    2,000
          Feet

0    300    600
          Meters

N

**RESOLUTION COPPER**

Traditional Cultural Property
Nomination for
*Chi' chil Bildagoteel*

*Chi' chil Bildagoteel / Oak Flat*
July 14, 2015