# EXHIBIT D

# DECLARATION OF STERLING HUNDLEY


Christopher D. Thomas (#010482)
Matthew L Rojas (#025030)
Andrea J. Driggs (#023633)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
cthomas@perkinscoie.com
mlrojas@perkinscoie.com
adriggs@perkinscoie.com
docketPHX@perkinscoie.com

*Attorneys for Defendant-Intervenor
Resolution Copper Mining, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Mining Reform Coalition; Inter Tribal Association of Arizona, Inc.; Earthworks; Center for Biological Diversity; Access Fund; and Grand Canyon Chapter of the Sierra Club,<br><br>Plaintiffs,<br><br>v.<br><br>United States Forest Service, an agency in the U.S. Department of Agriculture; Neil Bosworth, Supervisor of the Tonto National Forest; and Tom Torres, Acting Forest Supervisor, Tonto National Forest,<br><br>Defendants.<br><br>Resolution Copper Mining, LLC,<br><br>Defendant-Intervenor. | No. CV-21-00122-PHX-DLR<br><br>**DECLARATION OF STERLING HUNDLEY** |

I, Sterling Hundley, declare as follows:

1. I am over the age of 18 and am competent to make this declaration. I could and would testify to the following facts, which are within my personal knowledge, and based on my review of relevant documents, if called as a witness to do so.

2. I am the Financial Operations Officer at Resolution Copper and have worked for Resolution since May 2006. In my current role, I am responsible for all financial operations and controls at Rio Tinto's Resolution Project in Arizona, where I provide short and long-term strategic advice and analysis on local taxation and business opportunities. I manage economic models used for long-term investment analysis and am also responsible for maintaining compliance with Rio Tinto Group Accounting, Project Development, Risk Analysis, and other Rio Tinto standards. One of my responsibilities is to develop organizational internal controls and process flows.

3. From November 2009 through December 2011, I worked as the Controller for Resolution. In that role, I was responsible for all financial and commercial aspects of the Resolution Project, including accounting, treasury, procurement, and compliance and general reporting functions.

4. From May 2006 through October 2009, I was Resolution's Chief Accountant. In that role, I was responsible for all accounting, treasury, and reporting functions. This included shared service aspects of month-end close, account reconciliation, intercompany billing, accounts payable, and other shared service areas, as required. I also managed the external audit process relative to project spend.

5. Before joining Resolution, I was the Director of Financial Accounting, Risk Management, and Remediation at ConocoPhillips. I worked there from April 1997 through May 2006. In that role, I was responsible for financial management of a $1 billion risk management and remediation reserve. I also developed, analyzed, and submitted reports related to environmental issues, cost containment initiatives, and acquisitions and mergers.

6. Prior to that, I was the Accounting Supervisor at the Circle K Corporation from February 1993 through April 1997. There, I planned, coordinated, and supervised diverse accounting and financial management programs for Circle K, as well as numerous corporate acquisitions. I was responsible for all aspects of financial statement preparation and external reporting. I also conducted in-depth analyses on store acquisitions, joint ventures, and company franchising opportunities throughout numerous states. Further, I

developed and administered annual operating budgets and projections for long and short-term cash requirements.

7. From September 1991 through February 1993, I worked as the Senior Accountant for the McLane Company. McLane is a grocery wholesaler to Wal-Mart and Circle K and has one of the largest distribution centers in the Southwest. There, I performed internal accounting and financial management for over $300 million in annual distribution sales. I also conducted product and category analysis studies to determine the profitability of product lines.

8. From May 1988 through September 1991, I was a Financial Analyst/Controller for T.E.N. Private Cable, a small cable company providing movie cable services to hotels and motels throughout the United States. In that role, I was involved in the coordination of financial, accounting, and operational management procedures for all aspects of the business. I also coordinated audit and review efforts with independent accounting firms.

9. I hold a B.S. degree in finance from Arizona State University, which I obtained in 1989, and have been a licensed CPA in the State of Arizona since 2000.

**Resolution Copper: Overview of the Project**

10. Resolution is a limited liability company owned by subsidiaries of the Rio Tinto Group and the BHP Billiton Group. It is developing one of the world's largest untapped copper deposits.

11. It is important for the US to have additional sources of domestic copper, which, for example, is widely used in wind turbines, solar panels, and electric vehicles. The World Bank estimates that global copper demand could rise by 200% by 2050. The project has the potential to produce up to 25% of the US copper demand—roughly 40 billion pounds of copper over the life of the mine.

12. The United States Forest Service authorized development drilling in 2010 and received the proposed Mine Plan of Operations in 2013.

**Southeast Arizona Land Exchange and Conservation Act**

13. In December 2014, Congress passed the Southeast Arizona Land Exchange and Conservation Act (Act), set forth in Section 3003 of House of Representatives bill 3979 (H.R. 3979), the Carl Levin and Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015. This bill was signed into law by President Obama on December 19, 2014 as Public Law 113-291 and codified as 16 U.S.C. § 539p.

14. The Act provides that Resolution shall agree to pay all costs that are associated with the land exchange and the associated environmental analysis. *Id.* at (c)(7)(A).

15. The Act also provides for appraisals of the Federal land and non-Federal land. *Id.* at (c)(4)(A). The appraisal is to include a detailed income capitalization approach analysis of the market value of the Federal land, which may be utilized, as appropriate, to determine the value of the Federal land, and is the basis for calculating additional payments by Resolution. *Id.* at (c)(4)(C).

16. As a condition of the land exchange, Resolution is required to submit an annual report indicating the quantity of locatable minerals produced during the preceding calendar year in commercial quantities from the Federal land conveyed to Resolution Copper. *Id.* at (e)(1)(A).

17. In order to ensure that the U.S. government receives equal value for the land exchange, Resolution is required, if the mine's cumulative production of commercial quantities of minerals exceeds the amount estimated for the appraisal, to make an annual adjustment payment to the United States. *Id.* at (e)(2).

18. Those payments are to be used for maintenance, repair, and rehabilitation projects for Forest Service and Bureau of Land Management assets. *Id.* at (e)(4)(B).

19. One of the conditions of the Act is that Resolution surrender to the United States, without compensation, all rights held under the mining laws and any other law to commercially extract minerals under Apache Leap. *Id.* at (g)(3).

**Resolution's Economic Impact**

20. Resolution's headcount varies by the level of activity at site. Currently, there are 188 full-time employees at Resolution: 66 live within a 40-mile radius of Superior, with the remaining 122 full-time employees residing in Arizona but outside the 40-mile radius.

21. In 2020, the number of contractors at site ranged from 200-350. For example, when there were contractors on site working to complete reclamation at West Plant and the development of Shaft No. 9, the total number of contractors at site was 350. Now that those two projects have been completed, the number of contractors is around 200. Such workers are typically 0.5 count of a full time equivalent (FTE) due to varied hours worked at site. Therefore, between the contractors and employees there are approximately 325 FTE workers at Resolution.

22. Resolution not only hires locally, it also uses local vendors and contractors. Since 2004, approximately $950 million has been spent within a 40-mile radius of Superior as a result of Resolution's operations. On average, 45% of our vendor and supplier spend benefits organizations and workers located within a 40-mile radius of Superior.

23. Resolution has done a great deal for the local community. For example, during the COVID-19 epidemic Resolution spent $780,000 to help communities with COVID-19 response and recovery. We've worked hard to keep our people safe and also provide personal protective equipment to communities and emergency responders. We joined with United Food and other partners to distribute over 50,000 cans of drinking water and donate more than 233,000 meals to communities hard-hit by COVID-19. These funds have also been used to secure access to technology for students learning remotely, support domestic violence shelters, and provide small business grants to local entrepreneurs.

24. Resolution has invested about $2.2 million in more than 280 local initiatives, which span education, the environment, community development, and arts and culture.

25. In 2019, Resolution committed to a four-year, $1.2 million agreement with the Superior Unified School District, including providing support for STEM and robotics

programs at local schools. We have awarded $700,000 in scholarships over the last decade to local and Native American students.

26. Resolution has also established the Apprentice Program, which is training more local workers to fill needed positions.

27. When the mine is fully operational, Resolution anticipates directly employing about 1,500 workers and paying around $134 million per year in total compensation. The project will also generate approximately 2,200 indirect jobs, meaning it could support some 3,700 jobs at full production. The project will result in the purchase of about $546 million per year in goods and services from local businesses.

28. Studies show Resolution Copper could produce up to $61 billion in economic value for Arizona over the 60-year life of the project. Resolution will boost state and local tax revenues from $88 to $113 million per year, while the federal government could see an extra $200 million in tax revenues per year.

29. To date, Resolution has invested approximately $2 billion in the project.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This Declaration was executed on March 1, 2021.

*Sterling Hundley*
Sterling Hundley

151649581.2

-6-