TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

REUBEN S. SCHIFMAN
TYLER M. ALEXANDER
ERIKA NORMAN
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 305-4224 (Schifman)
(202) 598-3314 (Alexander)
(202) 305-0475 (Norman)
Reuben.Schifman@usdoj.gov
Erika.norman@usdoj.gov
Tyler.alexander@usdoj.gov
*Attorneys for Federal Defendants*

**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| Arizona Mining Reform Coalition, *et al.*, <br><br> Plaintiffs. <br><br> vs. <br><br> United States Forest Service, *et al.*, <br><br> Defendants. <br><br> vs. <br><br> Resolution Copper Mining, LLC, <br><br> Defendant-Intervenor. | CIVIL NO. 2:21-cv-00122-DLR <br><br> **JOINT STATUS REPORT** |

Pursuant to this Court's Order (ECF No. 35), Plaintiffs and Federal Defendants submit the following Joint Status Report:[1]

**Background**

On January 15, 2021, the Forest Service published the Final Environmental Impact Statement ("FEIS") and Draft Record of Decision ("DROD") for the Resolution Copper Project and Land Exchange. On January 22, 2021, Plaintiffs filed a Complaint (ECF No. 1) challenging the legality of the FEIS and related Forest Service actions and omissions. Plaintiffs also filed a Motion for Preliminary Injunction (ECF No. 9) to block the Exchange. Resolution Copper Mining, LLC ("Resolution") intervened. Subsequently, on March 1, 2021, the Forest Service informed Plaintiff, via email, that it was rescinding the challenged FEIS and DROD. On March 2, 2021, the Federal Defendants filed a Notice of Superseding Agency Action and Opposition to Plaintiffs' Motion for a Preliminary Injunction (ECF No. 26).

In that Notice, the Federal Defendants stated that the proposed Land Exchange would not go forward "until the FEIS is re-published," which would be "at least several months" from now. *Id.* at 3. Plaintiffs and the Federal Defendants then entered a Joint Stipulation on March 3, 2021, obviating the need for a hearing on Plaintiffs' Injunction Motion (ECF No. 28). Plaintiffs then filed a Notice withdrawing their Motion for Preliminary Injunction (ECF No. 29), which was acknowledged by this Court (ECF No. 30). Plaintiffs and Federal Defendants then jointly requested that this case be stayed pending the Forest Service's issuance of a future FEIS and DROD, which the Court granted. ECF No. 35. The Forest Service will provide at least 60 days' notice to Plaintiffs' counsel and the public before any future FEIS and DROD for the subject Land Exchange and Project is issued. The Forest Service will also file such notice with this

---

[1] Counsel for Resolution has stated to counsel for Plaintiffs and Federal Defendants that Resolution does not concede that Federal Defendants had authority under the NDAA to rescind publication of the FEIS. Resolution does not join this Joint Status Report and takes no position on the Joint Status Report.

1

Court. The Court's Order staying the case directs the Parties to submit a status report every 90 days to apprise the court of any developments.

**Federal Defendants' Statement**

Federal Defendants rescinded the FEIS and DROD "in order to reinitiate consultation with [the] Tribes and ensure impacts have been fully analyzed." ECF No. 36 at 1. The agency has undertaken a significant effort over the last several months to review prior consultation efforts. On September 10, 2021, USDA sent letters to the Tribes reinitiating consultation and proposing an initial virtual listening session on October 19, 2021. Resolution Cooper and other stakeholders were also notified of the proposed October 19 listening session.

In accordance with the Court's Order, Defendants will provide 60 days' notice to Plaintiffs' counsel, the public, and this Court before any future FEIS and DROD for the subject Land Exchange and Project is issued. The Parties will provide another Joint Status Report in 90 days.

**Plaintiffs' Statement**

Plaintiffs support this Joint Status Report but note that none of the Plaintiffs have received any communications or notices from the Federal Defendants regarding the purported "listening session" on October 19, 2021.

Submitted this 13th day of September, 2021,

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Erika Norman*
Reuben Schifman
Tyler Alexander
Erika Norman
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor

Washington, D.C. 20002
(202) 305-4224 (Schifman)
(202) 598-3314 (Alexander)
(202) 305-0475 (Norman)
Reuben.Schifman@usdoj.gov
Tyler.alexander@usdoj.gov
Erika.norman@usdoj.gov

*Attorneys for Federal Defendants*

*/s/ Roger Flynn*
Roger Flynn (CO Bar # 21078) (pro hac vice)
Jeffrey C. Parsons (CO Bar #30210) (pro hac vice)

WESTERN MINING ACTION PROJECT
P.O. Box 349
440 Main St., #2
Lyons, Colorado 80540
303-823-5738
Email: wmap@igc.org

Marc D. Fink (MN Bar #343407) (pro hac vice)
CENTER FOR BIOLOGICAL DIVERSITY
209 East 7th Street
Duluth, Minnesota 55805
218-464-0539
Email: mfink@biologicaldiversity.org

Allison N. Melton (CO Bar #45088) (pro hac vice)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 3024
Crested Butte, CO 81224
970-309-2008
Email: amelton@biologicaldiversity.org

*Attorneys for All Plaintiffs*

*/s/ Susan Montgomery*
Susan B. Montgomery (AZ Bar # 020595)
Robyn L. Interpreter (AZ Bar # 020864)
MONTGOMERY & INTERPRETER, PLC
3301 E. Thunderbird Rd.
Phoenix, AZ 85032

(480) 513-6825
Email: smontgomery@milawaz.com
Email: rinterpreter@milaz.com
Attorneys for the ITAA
4