TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

REUBEN S. SCHIFMAN
TYLER M. ALEXANDER
ERIKA NORMAN
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 305-4224 (Schifman)
(202) 598-3314 (Alexander)
(202) 305-0475 (Norman)
Reuben.Schifman@usdoj.gov
Erika.norman@usdoj.gov
Tyler.alexander@usdoj.gov

*Attorneys for Federal Defendants*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Arizona Mining Reform Coalition, *et al.*,<br><br>                    Plaintiffs.<br><br>        vs.<br><br>United States Forest Service, *et al.*,<br><br>                    Defendants.<br><br>        vs.<br><br>Resolution Copper Mining, LLC,<br><br>                    Defendant-Intervenor. | CIVIL NO. 2:21-cv-00122-DLR<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's Order (ECF No. 35), Plaintiffs and Federal Defendants submit the following Joint Status Report concerning the Final Environmental Impact Statement ("FEIS") and Draft Record of Decision ("DROD") for the Resolution Copper Project and Land Exchange:[1]

As the Court is aware, the Forest Service has rescinded the challenged FEIS and DROD and the Land Exchange for the Resolution Copper Project will not go forward until the FEIS is re-published.  Federal Defendants rescinded the FEIS and DROD "in order to reinitiate consultation with Tribes and ensure impacts have been fully analyzed." ECF No. 36 at 1.  Since the last Joint Status Report was filed on September 13, 2021, the Forest Service held a listening session with tribal governments on October 19, to inform the format and topics for government-to-government consultation.  The Forest Service has been coordinating with Tribes to schedule government-to-government consultation meetings and expects to conduct those meetings in the coming months.

In accordance with the Court's Order, Defendants will provide 60 days' notice to Plaintiffs' counsel, the public, and this Court before any future FEIS and DROD for the subject Land Exchange and Project is issued.  The Parties will provide another Joint Status Report in ninety days.

Submitted this 10th day of December, 2021,

> TODD KIM
> Assistant Attorney General
> U.S. Department of Justice
> Environment & Natural Resources Division
>
> */s/ Erika Norman*
> Reuben Schifman
> Tyler Alexander

---

[1] Counsel for Resolution has stated to counsel for Plaintiffs and Federal Defendants that Resolution does not concede that Federal Defendants had authority under the NDAA to rescind publication of the FEIS. Resolution does not join this Joint Status Report and takes no position on the Joint Status Report.

1

Erika Norman
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 305-4224 (Schifman)
(202) 598-3314 (Alexander)
(202) 305-0475 (Norman)
Reuben.Schifman@usdoj.gov
Tyler.alexander@usdoj.gov
Erika.norman@usdoj.gov

*Attorneys for Federal Defendants*

*/s/ Roger Flynn*
Roger Flynn (CO Bar # 21078) (pro hac vice)
Jeffrey C. Parsons (CO Bar #30210) (pro hac vice)

WESTERN MINING ACTION PROJECT
P.O. Box 349 440
Main St., #2
Lyons, Colorado 80540
303-823-5738
Email: roger@wmaplaw.org


Marc D. Fink (MN Bar #343407) (pro hac vice)
CENTER FOR BIOLOGICAL DIVERSITY
209 East 7th Street Duluth,
Minnesota 55805
218-464-0539
Email: mfink@biologicaldiversity.org


Allison N. Melton (CO Bar #45088) (pro hac vice)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 3024
Crested Butte, CO 81224
970-309-2008
Email: amelton@biologicaldiversity.org

*Attorneys for All Plaintiffs*

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ *Susan B. Montgomery*
Susan B. Montgomery (AZ Bar # 020595)
Robyn L. Interpreter (AZ Bar # 020864)
MONTGOMERY & INTERPRETER, PLC
3301 E. Thunderbird Rd.
Phoenix, AZ 85032
(480) 513-6825
Email: smontgomery@milawaz.com
Email: rinterpreter@milaz.com
Attorneys for the ITAA