TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

TYLER M. ALEXANDER
ERIKA NORMAN
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 598-3314 (Alexander)
(202) 305-0475 (Norman)
Tyler.alexander@usdoj.gov
Erika.norman@usdoj.gov

*Attorneys for Federal Defendants*

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Arizona Mining Reform Coalition, *et al.*, <br><br> Plaintiffs. <br><br> vs. <br><br> United States Forest Service, *et al.*, <br><br> Defendants. <br><br> vs. <br><br> Resolution Copper Mining, LLC, <br><br> Defendant-Intervenor. | CIVIL NO. 2:21-cv-00122-DLR <br><br> **JOINT STATUS REPORT** |

1    Pursuant to this Court's Order (ECF No. 35), Plaintiffs and Federal Defendants

2   submit the following Joint Status Report concerning the Final Environmental Impact

3   Statement ("FEIS") and Draft Record of Decision ("DROD") for the Resolution Copper

4   Project and Land Exchange:[1]

5    The parties do not have any updates since the parties filed their last status report in

6   September.  As stated in that report, Defendants are working on revisions to the

7   environmental analysis and do not expect to complete that work for several months.

8   Defendants will provide further updates about their progress in future Joint Status

9   Reports.  And Defendants will provide at least 60 days' notice to Plaintiffs' counsel, the

10   Court, and the public before any future environmental analysis and DROD for the Land

11   Exchange and Project is issued.

12    The Parties will provide another Joint Status Report in ninety days.

13    Submitted this 8th day of December, 2022,

14                                             TODD KIM
                                               Assistant Attorney General
15                                             U.S. Department of Justice
                                               Environment & Natural Resources Division
16

17                                             /s/ Erika Norman
                                               TYLER M. ALEXANDER
18                                             ERIKA NORMAN
                                               Trial Attorneys
19                                             Natural Resources Section
                                               150 M St. NE, Third Floor
20                                             Washington, D.C. 20002
                                               (202) 598-3314 (Alexander)
21                                             (202) 305-0475 (Norman)
22                                             Tyler.alexander@usdoj.gov
                                               Erika.norman@usdoj.gov
23

24

25                                             Attorneys for Federal Defendants

26   _____

27   [1] Counsel for Resolution has stated to counsel for Plaintiffs and Federal Defendants that
     Resolution does not concede that Federal Defendants had authority under the NDAA to
28   rescind publication of the FEIS.  Resolution is not a party to this Joint Status Report.

1

2
/s/ Roger Flynn, with permission
Roger Flynn (CO Bar # 21078) (pro hac vice)
3
Jeffrey C. Parsons (CO Bar #30210) (pro hac vice)

4
WESTERN MINING ACTION PROJECT
5
P.O. Box 349 440
Main St., #2
6
Lyons, Colorado 80540
303-823-5738
7
Email: roger@wmaplaw.org
8

9
Marc D. Fink (MN Bar #343407) (pro hac vice)
10
CENTER FOR BIOLOGICAL DIVERSITY
209 East 7th Street Duluth,
11
Minnesota 55805
218-464-0539
12
Email: mfink@biologicaldiversity.org
13

14
Allison N. Melton (CO Bar #45088) (pro hac vice)
15
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 3024
16
Crested Butte, CO 81224
970-309-2008
17
Email: amelton@biologicaldiversity.org
18

19
Attorneys for All Plaintiffs

20

21
/s/ Susan B. Montgomery, with permission
Susan B. Montgomery (AZ Bar # 020595)
22
Robyn L. Interpreter (AZ Bar # 020864)
MONTGOMERY & INTERPRETER, PLC
23
3301 E. Thunderbird Rd.
24
Phoenix, AZ 85032
(480) 513-6825
25
Email: smontgomery@milawaz.com
26
Email: rinterpreter@milaz.com
Attorneys for the ITAA
27

28

2