Roger Flynn (CO Bar #21078) (pro hac vice)
Jeffrey C. Parsons (CO Bar #30210) (pro hac vice)
WESTERN MINING ACTION PROJECT
P.O. Box 349; 440 Main Street, #2
Lyons, CO 80540
(303) 823-5738; wmap@igc.org

Marc D. Fink (MN Bar #343407) (pro hac vice)
CENTER FOR BIOLOGICAL DIVERSITY
209 East 7th Street
Duluth, Minnesota 55805
(218) 464-0539; mfink@biologicaldiversity.org

Allison N. Henderson (CO Bar #45088) (pro hac vice)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 3024
Crested Butte, CO 81224
(970) 309-2008; ahenderson@biologicaldiversity.org
*Counsel for Plaintiffs*

Susan B. Montgomery (AZ Bar #020595)
MONTGOMERY & INTERPRETER, PLC
3301 E. Thunderbird Rd.
Phoenix, AZ 85032
(480) 513-6825; smontgomery@milawaz.com
*Counsel for Inter Tribal Association of Arizona, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Arizona Mining Reform Coalition, *et al.*, | Case No. CV-21-00122-PHX-DWL |
| Plaintiffs, | |
| vs. | **PLAINTIFFS' RESPONSE TO RCM'S NOTICE OF SUPPLEMENTAL AUTHORITY** |
| United States Forest Service, *et al.*, | |
| Defendants, | |
| and | |
| Resolution Copper Mining, | |
| Defendant-Intervenor. | |

Plaintiffs provide the following brief response to the arguments on the merits included in Resolution Copper Mining LLC ("RCM")'s Notice of Supplemental Authority (Notice, ECF No. 73). Plaintiffs acknowledge that the Supreme Court's decision in *Seven County Infrastructure Coalition v. Eagle County, Colo.* (ECF No. 73-1), has some relevancy to this Court's eventual resolution of Plaintiffs' NEPA claims on the merits.

*Seven County* is of limited value, however, to the Court's consideration of Plaintiffs' current Motion for a Preliminary Injunction, for the simple reason that both Defendants failed to respond to Plaintiffs' NEPA arguments and instead take the extreme position that the pre-Exchange FEIS ordered by Congress is entirely "not relevant" and has no bearing whatsoever on the agency's decision-making for the Exchange. Notice at 2.

*Seven County* was based on the merits of plaintiffs' claims in that long-running case, upon full consideration of the EIS and the supporting administrative record. Here, by contrast, the 2021 FEIS was withdrawn by the Forest Service after the initial injunction motions, blocking the Exchange in order for the agency to conduct additional analysis. The agency never submitted the administrative record, and now refuses to allow Plaintiffs, or this Court, the opportunity to review the new 2025 FEIS until just moments prior to executing the Exchange.

RCM's new-found NEPA arguments on the merits are exactly that—arguments best presented on the merits upon review of the administrative record. The parties can then address the significance of *Seven County* to Plaintiffs' NEPA claims based on the full EIS and record, rather than hastily under the approaching thunderstorm of the Exchange—an emergency situation due solely to the Defendants' rush to execute the Exchange immediately upon issuance of the new FEIS.

Respectfully submitted this June 2, 2025.

*/s/ Roger Flynn*____
Roger Flynn (Pro Hac Vice)

2

Jeffrey C. Parsons (Pro Hac Vice)
WESTERN MINING ACTION PROJECT
P.O. Box 349; 440 Main St., #2
Lyons, Colorado 80540
303-823-5738
wmap@igc.org

Marc D. Fink (Pro Hac Vice)
CENTER FOR BIOLOGICAL DIVERSITY
209 East 7th Street
Duluth, Minnesota 55805
218-464-0539
mfink@biologicaldiversity.org

Allison N. Henderson (Pro Hac Vice)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 3024
Crested Butte, CO 81224
970-309-2008
ahenderson@biologicaldiversity.org

Attorneys for All Plaintiffs

*/s/ Susan Montgomery*
Susan B. Montgomery (AZ Bar # 020595)
Robyn L. Interpreter (AZ Bar # 020864)
MONTGOMERY & INTERPRETER, PLC
3301 E. Thunderbird Rd.
Phoenix, AZ 85032
(480) 513-6825
smontgomery@milawaz.com
rinterpreter@milawaz.com

Attorneys for the ITAA

## CERTIFICATE OF SERVICE

I, Susan B. Montgomery, attest that I filed the foregoing and all exhibits with this Court's ECF system on this 2nd day of June, 2025.