```
         FILED      ___ LODGED
___ RECEIVED  ___ COPY

       JUN 0 6 2025

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Mining Reform Coalition, et al., | No. CV-21-00122-PHX-DWL |
| Plaintiffs, | **MINUTE ORDER**<br>**RE: EXHIBITS** |
| v. | |
| United States Forest Service, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED that the exhibits marked and/or admitted in the above-entitled case at the time of the trial/hearing are returned to respective counsel.

Counsel/agents are directed to retain custody of the exhibits until the case has been completely terminated, including all appeals, pursuant to LRCiv 79.1.

DATED:   June 6, 2025

Debra D. Lucas
District Court Executive/Clerk of Court

_____
By: Elaine Garcia
Courtroom Deputy

Exhibits returned to respective counsel/representative.

_____ 6/6/25  counsel's signature/date

_____ Paralegal  counsel's signature/date

_____ 6/6/25  counsel's signature/date